IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HOLT, | : CIVIL ACTION NO. **1:18-CV-01272** |
| Plaintiff, | : |
| v. | : (WILSON, J.) |
| | : (SAPORITO, M.J.) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : |
| Defendant. | : |

| | |
|---|---|
| DAVID HOLT, II, | : CIVIL ACTION NO. **1:18-CV-02448** |
| Plaintiff, | : |
| v. | : (WILSON, J.) |
| | : (SAPORITO, M.J.) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : |
| Defendant. | : |

ORDER

AND NOW, this 28th day of January, 2020, consistent with our memorandum filed simultaneously herewith, IT IS HEREBY ORDERED THAT:

1. The defendants' motion for a protective order is GRANTED IN PART and DENIED IN PART.

2. The plaintiff is permitted to take the depositions of Frank Noonan, Tyree Blocker, Robert Evanchick, and Marcus Brown. To that extent, the motion is DENIED.

3. The motion is GRANTED and a protective order shall issue with respect to the depositions of Robert Evanchick and Marcus Brown to the extent that their depositions shall occur on a date, time, and at a location convenient for them to carry out their respective duties as Pennsylvania State Police Commissioner and Director of Homeland Security for the Commonwealth of Pennsylvania.

JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: January 28, 2020